UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

TRAVIS LIKE,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　Petitioner,　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　vs.　　　　　　　　　　　　　　 )　　　No. 4:04-CV-129 CEJ
　　　　　　　　　　　　　　　　　　)
LARRY CRAWFORD and JEREMIAH　　　　 )
W. NIXON[1],　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　Respondents.　　　　　　)

**ORDER**

On November 21, 2006, a Report and Recommendation pertaining to petitioner's petition for a writ of habeas corpus was issued by United States Magistrate Judge Frederick R. Buckles. The Report and Recommendation was mailed to petitioner at the Jefferson City Correctional Center where he was then confined. In a letter postmarked November 21, 2006, petitioner notified the Court that his address had changed and requested the Court direct future correspondence to him at the Eastern Reception, Diagnostic, and Correctional Center in Bonne Terre, Missouri. Because it is possible that petitioner did not receive the Report and Recommendation, the Court will direct that another copy be mailed

---

[1] Because petitioner is now incarcerated at the Eastern Reception, Diagnostic, and Correctional Center, the director of that institution has been substituted as the proper respondent, pursuant to Rule 25(d), Fed.R.Civ.P. In his petition for habeas corpus relief, petitioner challenges sentences to be served in the future. Accordingly, Missouri Attorney General Jeremiah W. Nixon should be added as a party respondent. Rule 2(b), Rules Governing Section 2254 Cases in the United States District Court.

to him at his new address and will extend the time for petitioner's objections.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall mail a copy of the Report and Recommendation filed on November 15, 2006, to petitioner at his new address.

**IT IS FURTHER ORDERED** that petitioner shall have until **December 28, 2006**, in which to file objections to the Report and Recommendation.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 7th day of December, 2006.