UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

TRAVIS LIKE,                          )
                                      )
            Petitioner,               )
                                      )
      vs.                             )      No. 4:04-CV-129 CEJ
                                      )
LARRY CRAWFORD and JEREMIAH           )
W. NIXON,                             )
                                      )
            Respondents.              )

**ORDER**

**IT IS HEREBY ORDERED** that petitioner's motion [# 16] for an
extension of time to file objections to the Report and
Recommendation of the Magistrate Judge is **denied as moot.**


_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 29th day of December, 2006.